1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   WILLIAM J. GRADFORD,                    1:17-cv-00201-GSA (PC)

10              Plaintiff,

11      v.                                  ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
                                            OR PAY FILING FEE WITHIN 45 DAYS
12  McDOUGALL, et al.,

13              Defendants.

14

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16  § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

17  forma pauperis pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21  the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

22  **showing of good cause.  Failure to comply with this order will result in dismissal of this**

23  **action.**

24  IT IS SO ORDERED.

25

26      Dated:  __February 17, 2017__            _____/s/ Gary S. Austin_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28