# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>MCDOUGALL, et al.,<br><br>  Defendants. | 1:17-cv-00201-DAD-GSA-PC<br><br>**ORDER DENYING MOTION FOR STAY OF ALL PROCEEDINGS**<br>**(ECF No. 10.)** |

## I. BACKGROUND

William J. Gradford ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this case on February 13, 2017. (ECF No. 1.) Plaintiff is currently detained at the Stanislaus County Public Safety Center in Modesto, California (SCPSC). On June 23, 2017, Plaintiff filed a motion for stay. (ECF No. 10.)

## II. MOTION TO STAY

Plaintiff requests the court to stay all of the proceedings in this action for six months, to seek an attorney and to await the results of an internal investigation being conducted at SCPSC against one of the Sheriff's deputies for acts against Plaintiff.

The Court does not lightly stay litigation, due to the possibility of prejudice to defendants. There are currently no pending court deadlines in this action, and the Complaint

1

awaits the court's requisite screening under 28 U.S.C. § 1915A. A stay of the entire action is not Plaintiff's only remedy. If Plaintiff requires additional time to respond to any deadline that may arise in this action, he should file a motion for extension of time before the deadline expires. The court routinely grants extensions of time when good cause is shown. Based on the foregoing, Plaintiff's motion to stay this action shall be denied.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay this action, filed on June 23, 2017, is DENIED.

IT IS SO ORDERED.

Dated: **June 28, 2017**           **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE