UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>MCDOUGALL, et al.,<br><br>            Defendants. | No. 1:17-cv-00201-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. Nos. 26, 27, 28, 31) |

Plaintiff William J. Gradford is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2018, plaintiff filed a request that the U.S. District Court monitor his safety and wellbeing. (Doc. No. 26.) On February 22, 2018, the assigned magistrate judge issued findings and recommendations, construing plaintiff's request as a motion for a preliminary injunction and recommending that plaintiff's motion for the requested preliminary relief be denied. (Doc. No. 27.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) On March 8, 2018, plaintiff filed a notice with the court stating that he had no objections to the findings and recommendations. (Doc. No. 30.)

1

On March 1, 2018, plaintiff filed a motion seeking a court order "to stop the unlawful conduct" of defendants towards plaintiff. (Doc. No. 28.) On March 19, 2018, the assigned magistrate judge issued findings and recommendations, again construing plaintiff's motion as a motion for a preliminary injunction and recommending that the motion for preliminary relief be denied. (Doc. No. 31.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) On March 27, 2018, plaintiff again filed a notice with the court stating that he had no objections to the recommended denial of his motion. (Doc. No. 35.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

For these reasons,

1. The findings and recommendations issued February 22, 2018 (Doc. No. 27) are adopted in full;
2. Plaintiff's request filed February 9, 2018 (Doc. No. 26), construed as a motion for preliminary injunctive relief, is denied;
3. The findings and recommendations issued March 19, 2018 (Doc. No. 31) are adopted in full;
4. Plaintiff's motion filed March 1, 2018 (Doc. No. 28), construed as a motion for preliminary injunctive relief, is denied; and
5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 2, 2018**

UNITED STATES DISTRICT JUDGE

2