UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY TIEXIERA and DEPUTY McCARTHY,<br><br>　　　　　Defendants. | 1:17-cv-00201-DAD-GSA-PC<br><br>**ORDER VACATING SETTLEMENT CONFERENCE FROM COURT'S CALENDAR**<br><br>　　　　**VACATED:**<br><br>　　　　**Settlement Conference:**<br>　　　　**May 15, 2019 at 9:30 a.m.**<br>　　　　**in Courtroom 8 (BAM)** |

**PLEASE TAKE NOTICE**

　　William J. Gradford ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On May 7, 2019, this case was dismissed under Rule 41 of the Federal Rules of Civil Procedure pursuant to the parties' stipulation for voluntary dismissal, and on May 8, 2019, the case was closed. (ECF Nos. 87, 88.) In light of the dismissal of this case the court now vacates the settlement conference scheduled for May 15, 2019, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe in Courtroom #8 at the United States District Court in Fresno, California.

IT IS SO ORDERED.

　Dated:　**May 10, 2019**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE