UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY TIEXIERA and DEPUTY McCARTHY,<br><br>        Defendants. | 1:17-cv-00201-DAD-GSA-PC<br><br>**ORDER STRIKING THE FOLLOWING: 1-PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL, 2-PLAINTIFF'S RESPONSE TO THE OPPOSITION TO THIS MOTION,  AND, 3-HIS REQUEST TO SUBPOENA MENTAL HEALTH RECORDS, ALL FOR LACK OF PLAINTIFF'S SIGNATURE**<br><br>**(ECF Nos. 90, 91, 92.)** |

     William J. Gradford ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 8, 2019, this case was dismissed with prejudice on the parties' stipulation and the case was closed.  (ECF No. 88.)

     On March 18, 2020, Plaintiff filed a motion to vacate the voluntary dismissal and schedule a settlement conference.  (ECF No. 90.)  On April 3, 2020, Plaintiff filed a response to the opposition to his motion.  (ECF No. 91.)  On April 10, 2020, Plaintiff filed a request for issuance of a subpoena.  (ECF No. 92.)  None of these documents were signed by Plaintiff.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ.

P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to vacate the voluntary dismissal and schedule a settlement conference filed on March 18, 2020; Plaintiff 's response to the opposition filed on April 3, 2020; and Plaintiff's request for issuance of a subpoena filed on April 10, 2020, are STRICKEN from the record for lack of Plaintiff's signature.

IT IS SO ORDERED.

Dated:   **May 1, 2020**                             **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE