UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>        Plaintiff,<br><br>    vs.<br><br>TIEXIERA, et al.,<br><br>        Defendants. | 1:17-cv-00201-DAD-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S MOTION (ECF No. 102.)** |

  William J. Gradford ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 13, 2017, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) At the time of the events at issue in this case Plaintiff was a pretrial detainee incarcerated at the Stanislaus County Public Safety Center.

  On May 1, 2019, the court scheduled a settlement conference to be held on May 15, 2019 before Magistrate Judge Barbara A. McAuliffe. (ECF No. 85.) On May 8, 2019, the parties filed a stipulation and proposed order of dismissal of the case. (ECF No. 87.) On May 8, 2019, the court issued an order giving full effect to the parties' stipulation, and the case was closed. (ECF No. 88.) On May 10, 2019, the settlement conference was vacated from the court's calendar. (ECF No. 89.)

On May 26, 2019, Plaintiff filed a motion to vacate the voluntary dismissal and reschedule the settlement conference. (ECF No. 97.) On September 8, 2020, the court denied the motion, advising Plaintiff that "[t]his case remains closed and no further filings will be accepted." (ECF No. 101 at 6.)

On January 22, 2021, Plaintiff filed another motion to vacate the dismissal and reschedule the settlement conference. (ECF No. 102.) Based on the September 8, 2020 order advising Plaintiff that no further filings will be accepted in this case, the court shall not consider Plaintiff's January 22, 2021 motion, and the motion shall be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on January 22, 2021, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 30, 2021**                              **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE